IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREGORY LASKY, | : |
| *Plaintiff*, | : |
| vs. | : 1:19-cv-12915-NLH-JS |
| AAA SOUTH JERSEY, INC. | : |
| *Defendant*. | : |

## STIPULATION

The parties, by and through their undersigned counsel, hereby stipulate and agree, pursuant to Fed.R.Civ.P. 41, to the dismissal with prejudice, of any and all claims against Defendant AAA South Jersey, Inc. in the above-captioned matter.

STIPULATED AND AGREED TO BY:

/s/ Brendan D. Hennessy
Brendan D. Hennessy
Of Counsel
Krimser, Lamastra, Cunningham, & Skinner
202 Hall's Mill Road
PO Box 1675
Whitehouse Station, NJ 08880-1675
(484) 875-3111
Attorney for Defendant

/s/ Anthony Brady
Anthony J. Brady, Jr. Esq.
Law Offices of Anthony Brady., jr.
1 Rose Ave
Maple Shade, NJ, 08052
(561)-603-6387
Attorney for Plaintiff

AND NOW, this ___ day of April 2020, it is hereby ORDERED that the above Stipulation Dismissing the Above-Captioned Matter is approved.

BY THE COURT:

_____
Honorable Noel L. Hillman
U.S. DISTRICT COURT JUDGE